# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

MINDIE EMILIE EVANS,

             Plaintiff,

    v.

BEAZA, *et al.*,

             Defendants.

Case No.  1:26-cv-03450-BAM (PC)

ORDER STRIKING UNSIGNED FILING

(ECF No. 10)

Plaintiff Mindie Emilie Evans ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The action was transferred to this Court on May 5, 2026.  (ECF No. 4.)  Plaintiff's complaint has not yet been screened.

On May 21, 2026, Plaintiff filed a motion seeking various forms of relief.  (ECF No. 10.)  The document does not include Plaintiff's signature.  Unsigned filings cannot be considered by the Court, and therefore Plaintiff's filing is HEREBY STRICKEN.  Fed. R. Civ. P. 11(a); Local Rule 131.  Plaintiff is not precluded from re-filing her motion with the appropriate signature.

IT IS SO ORDERED.

Dated:   **May 27, 2026**          /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE

1