# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MINDIE EMILIE EVANS,

        Plaintiff,

    v.

BEAZA, *et al.*,

        Defendants.

Case No.  1:26-cv-03450-BAM (PC)

ORDER STRIKING UNSIGNED FILING

(ECF No. 12)

Plaintiff Mindie Emilie Evans ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The action was transferred to this Court on May 5, 2026.  (ECF No. 4.)  Plaintiff's complaint has not yet been screened.

On June 18, 2026, Plaintiff filed a letter with the Court requesting information about documents and including various allegations.  (ECF No. 12.)  The letter does not include Plaintiff's signature.  Plaintiff is advised that a document requesting a court order must be styled as a motion, and letters to the Court may be stricken or returned.  (*See* ECF No. 5 at 2.)  Further, as Plaintiff was previously informed, unsigned filings cannot be considered by the Court.  (*See* ECF No. 11.)  Plaintiff's filing is HEREBY STRICKEN.  Fed. R. Civ. P. 11(a); Local Rule 131. Plaintiff is not precluded from re-filing a motion with the appropriate signature.

IT IS SO ORDERED.

Dated:  **June 23, 2026**　　　　　　　　/s/ *Barbara A. McAuliffe*

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1