# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINDIE EMILIE EVANS,<br>Plaintiff,<br>v.<br>BEAZA, *et al.*,<br>Defendants. | Case No. 1:26-cv-03450-KES-BAM (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO PROSECUTE<br><br>(ECF No. 18) |

Plaintiff Mindie Emilie Evans ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 4 U.S.C. § 1983.

On July 16, 2026, the Court issued a screening order and granted Plaintiff leave to file a first amended complaint or notice of voluntary dismissal within 30 days. (ECF No. 16.) The Court expressly warned Plaintiff that failure to comply with the Court's order would result in a recommendation for dismissal, without prejudice, for failure to obey a court order and for failure to prosecute. (*Id.*) Plaintiff failed to file an amended complaint or otherwise communicate with the Court.

On August 26, 2026, the Court issued findings and recommendations, recommending dismissal of this action, without prejudice, for failure to obey a court order and failure to prosecute. (ECF No. 18.) The Court directed Plaintiff to file any objections within 14 days. (*Id.*)

On September 4, 2026, Plaintiff filed a letter with the Court, noting she sent an address change and questioning whether she signed everything needed to move forward and when she should send her evidence. (ECF No. 19.) Thereafter, Plaintiff filed a first amended complaint, along with a supplement, on September 23, 2026. (ECF Nos. 20, 21.)

Although Plaintiff's amended complaint is untimely, the Court nonetheless finds it appropriate to vacate the pending findings and recommendations and to screen the amended complaint. Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations issued on August 26, 2026, (ECF No. 18) are VACATED;
2. The Court will screen Plaintiff's first amended complaint, filed on September 23, 2026, in due course.

IT IS SO ORDERED.

Dated: **September 29, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE