# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MINDIE EMILIE EVANS,

Plaintiff,

v.

BEAZA, *et al.*,

Defendants.

Case No. 1:26-cv-03450-KES-BAM (PC)

ORDER DIRECTING PLAINTIFF TO FILE SINGLE AMENDED COMPLAINT

(ECF Nos. 20, 21)

**THIRTY (30) DAY DEADLINE**

Plaintiff Mindie Emilie Evans ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 4 U.S.C. § 1983.

On July 16, 2026, the Court issued a screening order and granted Plaintiff leave to file a first amended complaint or notice of voluntary dismissal within 30 days. (ECF No. 16.) Plaintiff failed to file an amended complaint.

On August 26, 2026, the Court issued findings and recommendations, recommending dismissal of this action, without prejudice, for failure to obey a court order and failure to prosecute. (ECF No. 18.) The Court directed Plaintiff to file any objections within 14 days. (*Id.*)

On September 4, 2026, Plaintiff filed a letter with the Court, noting she sent an address change and questioning whether she signed everything needed to move forward and when she should send her evidence. (ECF No. 19.) Thereafter, on September 23, 2026, Plaintiff filed an untimely first amended complaint. (ECF No. 20.) The first amended complaint, drafted using the

Court's complaint form, names Defendants Villalobos, Diegos, Demarcos, Ismaylv, and Dr. Bankole, but includes claims only against Defendants Villalobos and Bankole. (ECF No. 20.) However, Plaintiff also filed a supplement to the amended complaint (or additional evidence) on September 23, 2026. (ECF No. 21.) This additional filing is unsigned, handwritten and includes allegations against Beaza, Demarcos, and Diegos. (*Id.*)

On September 29, 2026, the Court vacated the August 26, 2026 findings and recommendations and informed Plaintiff that the Court would screen Plaintiff's first amended complaint in due course. (*Id.*)

Upon review of the first amended complaint and supplemental filing, it is not clear to the Court which document or documents comprise Plaintiff's first amended complaint, the form complaint, the handwritten document, or both. In an abundance of caution, and because Plaintiff's intent is not clear, the Court will permit Plaintiff an opportunity <u>to file a single amended complaint</u>.

Plaintiff is reminded that the amended complaint should be brief, Fed. R. Civ. P. 8(a), but it must state what each named defendant did that led to the deprivation of Plaintiff's constitutional rights, *Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009). Although accepted as true, the "[f]actual allegations must be [sufficient] to raise a right to relief above the speculative level . . . ." *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007) (citations omitted). Any amended complaint shall be **limited to twenty (20) pages in length**, excluding exhibits.

Additionally, Plaintiff may not change the nature of this suit by adding new, unrelated claims in her amended complaint. *George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007) (no "buckshot" complaints).

Finally, Plaintiff is advised that an amended complaint supersedes the original complaint. *Lacey v. Maricopa Cty.*, 693 F.3d 896, 927 (9th Cir. 2012). Therefore, Plaintiff's amended complaint must be "complete in itself without reference to the prior or superseded pleading." Local Rule 220.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk's Office shall send Plaintiff a complaint form;

2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a single amended complaint, limited to twenty (20) pages in length, curing the deficiencies identified by the Court in its July 16, 2026 screening order (or file a notice of voluntary dismissal).
3. Plaintiff shall clearly identify the amended complaint as "Second Amended Complaint" and refer to the case number.
4. **If Plaintiff fails to comply with this order, then the Court will recommend dismissal of this action, without prejudice, for failure to obey a court order and for failure to prosecute**.

IT IS SO ORDERED.

Dated: **October 8, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE